UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $70,000.00 IN U.S. CURRENCY, et al.,<br><br>        Defendants.<br>_____/ | 1:06-CV-01259-OWW-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 29)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE CLAIMANT GUILLERMO GOVEA'S ANSWER** (Doc. 26)<br><br>**ORDER DIRECTING CLERK TO STRIKE ANSWER** (Doc. 12) |

    Plaintiff is proceeding with a civil action for forfeiture in rem in this Court.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(3) and 72-303.

    On August 9, 2007, the Magistrate Judge filed Findings and Recommendations herein, which were electronically served on counsel for plaintiff, as well as counsel of record for claimant, Guillermo Govea, and which contained notice to all counsel that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties, by and through counsel, have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 9, 2007, are ADOPTED IN FULL;

2. Plaintiff's motion to strike the answer of claimant Guillermo Govea, filed June 25, 2007, is GRANTED; and,

3. The Clerk of Court strike said answer filed November 20, 2006 (Doc. 12).

IT IS SO ORDERED.

**Dated:   September 17, 2007**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE