UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-cv-01259-OWW-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 33) |
| vs. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** (Doc. 32) |
| APPROXIMATELY $70,000.00 IN U.S. CURRENCY, | |
| Defendant. | **ORDER DIRECTING CLERK TO ENTER JUDGMENT AND FINAL JUDGMENT OF FORFEITURE FOR PLAINTIFF** |

Plaintiff is proceeding with this civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

On October 11, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//
/

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendation, filed October 11, 2007, are ADOPTED IN FULL;

2.  Plaintiff's motion for default judgment, filed September 21, 2007, is GRANTED;

3.  Plaintiff is entitled to, and the Clerk is DIRECTED to enter, judgment as follows:

    (a) The interest/s of Guillermo Govea, Salvador Real-Diaz, Jose Marquez, and Ruben Barajas in defendant, approximately $70,000.00 in U.S. currency, are CONDEMNED and FORFEITED to the United States of America; and

    (b) The right, title, and interest of all potential claimants in defendant, approximately $70,000.00 in U.S. currency, including but not limited to Guillermo Govea, Salvador Real-Diaz, Jose Marquez, and Ruben Barajas, are FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6), and are VESTED in the United States;

    (c) All persons claiming any right, title, or interest in or to the defendant currency have DEFAULTED and no longer have any right, title, or interest in the defendant currency whatsoever; and,

//

/

4. The Clerk of Court ENTER final judgment of forfeiture for Plaintiff United States of America.

IT IS SO ORDERED.

**Dated:    November 20, 2007**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE