McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $70,000.00 IN U.S. CURRENCY,<br><br>           Defendant. | 1:06-CV-01259-OWW-SMS<br><br>DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |

     This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed September 21, 2007. The Magistrate Judge has recommended that plaintiff's motion for Default Judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on November 21, 2007. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Motion for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

     ORDERED, ADJUDGED AND DECREED:

     1. After a *de novo* review, the Court adopts the Magistrate Judge's October 11, 2007 Findings

1

and Recommendations in full.

    2. Guillermo Govea, Salvador Real-Diaz, Jose Marquez, and Ruben Barajas are held in default.

    3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $70,000.00 in U.S. Currency (hereafer "defendant currency") of Guillermo Govea, Salvador Real-Diaz, Jose Marquez, and Ruben Barajas.

    4. A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Guillermo Govea, Salvador Real-Diaz, Jose Marquez, and Ruben Barajas.

    5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   November 29, 2007**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE